UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

United States of America,

                                                                  **ORDER**

                                                                  17-CR-390 (ALC)

      -v-

**Nicholas Avicolli,**

         Defendant(s)

-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-10-19

**ANDREW L. CARTER, JR., United States District Judge:**

    The sentencing scheduled for October 10, 2019 is adjourned to

**November 25, 2019** at **10:30 a.m.**

    **SO ORDERED.**

Dated: New York, New York
        October 10, 2019

                                                   **ANDREW L. CARTER, JR.**
                                                 **UNITED STATES DISTRICT JUDGE**