USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11-22-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
United States of America,

                                   **ORDER**

                                   **17-CR-390 (ALC)**

        -v-

Nicholas Avicolli,

               Defendant(s)
------------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

The November 25, 2019 sentencing is adjourned to **March 12, 2020** at **11:00 a.m.**

**SO ORDERED.**

Dated: New York, New York
       November 22, 2019

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE