USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-12-20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
United States of America,

<u>ORDER</u>

17-CR-390 (ALC)

-v-

Nicholas Avicolli,

    Defendant(s)
-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

Due to a conflict on the Court's calendar, the sentencing set for March 12, 2020 is adjourned to **March 30, 2020 at 12:00 p.m.**

 **SO ORDERED.**

Dated: New York, New York
   February 12, 2020

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**