## STAMPUR & ROTH
### ATTORNEYS AT LAW

**MEMO ENDORSED**

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

February 11, 2020

**By ECF**

Honorable Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-12-20

    Re: *United States v. Lawrence Montalbano, et al.*
         17 Cr. 390 (ALC)

Dear Judge Carter:

I write to request an adjournment of Mr. Montalbano's sentence now scheduled for February 19, 2020, until March 10, 2020 at 10:00 AM, to allow me to obtain certain documents in preparation of his sentencing memorandum.

AUSA Nicolas Roos has no objection to said request.

Very truly yours,

*William J. Stampur*

William J. Stampur

cc: AUSA Nicolas Roos

The application is ✓ granted.
                     ___ denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: February 12, 2020
NY, New York

WS/Montalbano/Ltr to Judge/Adj