USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-5-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
United States of America,

**ORDER**

**17-CR-390 (ALC)**

-v-

Nicholas Avicolli,

        Defendant(s)

---------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

Due to a conflict on the Court's calendar, the March 30, 2020 sentencing is adjourned to **October 9, 2020** at **10:00 a.m.**

    **SO ORDERED.**

Dated: New York, New York
      March 5, 2020

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**