USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _8/24/2020_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| **UNITED STATES,** |
| **Plaintiff,** |
| -against- |
| **DAVID TAYLOR, ET AL.,** |
| **Defendants.** |

**1:17-CR-00390-ALC-1**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Dr. Mundy's competency report. The Parties are ORDERED to file a joint status report on or before September 14, 2020.

**SO ORDERED.**

**Dated**:  **August 24, 2020**
           **New York, New York**

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**