USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **1/29/21**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**

                      **Plaintiff,**

    -against-

**NICHOLAS AVICOLLI,**

                      **Defendant.**

-------------------------------------------------------------------- x

**17-CR-390 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The sentencing scheduled for February 26, 2021 is adjourned to **May 6, 2021** at **11:00 a.m.**

**SO ORDERED.**

**Dated:**    **New York, New York**
                **January 29, 2021**

                                                             **ANDREW L. CARTER, JR.**
                                                            **United States District Judge**