USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-26-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                -against-

Nicholas Avicolli,
-----------------------------------------------------------X

**ORDER**

17-CR-390 (ALC)

**ANDREW L. CARTER, JR.**, United States District Judge:

    The Sentencing scheduled for May 6, 2021 is adjourned to **June 22, 2021** at 2:00 p.m.

    SO ORDERED.

Dated: New York, New York
       April 26, 2021

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**