USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-4-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                                                   **ORDER**
                                                   17-CR-390 (ALC)

            -against-

Nicholas Avicolli,
-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

    The sentencing scheduled for June 22, 2021 is adjourned to **June 29, 2021 at 2:00 p.m.**

    **SO ORDERED.**

Dated: New York, New York
       June 4, 2021

                                                **ANDREW L. CARTER, JR.**
                                                **UNITED STATES DISTRICT JUDGE**